1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| NELSON MALDONADO, an individual, RODOLFO GODINEZ, an individual, ERNESTO TORRES, an individual, FRANCISCO MAGANA, an individual, ARMANDO HINOJOSA, an individual, TERESA C. ORTEGA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BJI EMPLOYEES SERVICES, INC., a California corporation, TROPITONE FURNITURE CO. INC., a California corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-01153-CJC (JDEx)<br><br>[Re-Assigned for all purposes to the Honorable Cormack J. Carney; Magistrate Judge John D. Early]<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  May 9, 2022<br>Removal Date: June 13, 2022<br>Trial Date:   September 5, 2023 |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

Dated: October 13, 2023

Hon. Cormac J. Carney

UNITED STATES DISTRICT

JUDGE